1  Megan Whyman Olesek (CSB No. 191218)
   KENYON & KENYON LLP
2  1801 Page Mill Road, Suite 210
   Palo Alto, CA 94304-1216
3  Telephone:  650-384-4700
   Facsimile:   650-384-4701
4  molesek@kenyon.com

5  John Flock (*pro hac vice application to be submitted*)
   KENYON & KENYON LLP
6  One Broadway
   New York, New York  10004-1007
7  Telephone:  212-425-7200
   Facsimile:   212-425-5288
8  jflock@kenyon.com

9  Douglas E. Ringel *(pro hac vice application submitted)*
   KENYON & KENYON LLP
10 1500 K Street, NW
   Washington, DC 20005-1257
11 Telephone:  202-220-4200
   Facsimile:   202-220-4201
12 dringel@kenyon.com

13 Attorneys for Defendants
   Lenovo (Singapore) Pte. Ltd., Lenovo (Beijing) Ltd.,
14 and Shanghai Lenovo Electronic Co., Ltd.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ROVI SOLUTIONS CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>LENOVO (SINGAPORE) PTE. LTD., a Singapore corporation, LENOVO (BEIJING) LTD., a Chinese corporation, SHANGHAI LENOVO ELECTRONIC CO., LTD., a Chinese corporation, LENOVO (HUIYANG) ELECTRONIC INDUSTRIAL CO., LTD., a Chinese corporation and LENOVO INFORMATION PRODUCTS (SHENZHEN) CO., LTD., a Chinese corporation,<br><br>Defendants. | Civil Case No. 12-cv-01398 RS<br><br>**JOINT STIPULATION REGARDING RE-NOTICE OF CERTAIN DEFENDANTS' MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION (FED. R. CIV. P. 12(B)(2))**<br><br>The Honorable Richard Seeborg |

JOINT STIPULATION REGARDING RE-NOTICE OF CERTAIN DEFENDANTS' MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION (FED. R. CIV. P. 12(B)(2))

CASE NO. 12-CV-01398 RS

# **STIPULATION**

WHEREAS, defendants Lenovo (Singapore) Pte. Ltd., Lenovo (Beijing) Ltd., and Shanghai Lenovo Electronic Co., Ltd. ("Lenovo") filed their Motions to Dismiss for Lack of Personal Jurisdiction on July 25, 2012 (Dkt. Nos. 20, 21, and 22), noticing said motions for September 12, 2012, before the Honorable Nathanael Cousins;

WHEREAS, Lenovo filed Declinations to Proceed Before A Magistrate Judge and Requested Reassignment To A United States District Judge (Dkt. Nos. 24, 25, and 26);

WHEREAS, by Clerk's Notice, this matter was reassigned to the Honorable Richard Seeborg;

WHEREAS the parties are informed that Judge Seeborg is available to hear the Lenovo motions on September 13, 2012;

WHEREAS plaintiff Rovi Solutions Corporation ("Rovi") is available to appear on the proposed rescheduled hearing date of September 13, 2012;

Lenovo and Rovi hereby stipulate and agree to change the date and time of the notices of motions to dismiss for lack of personal jurisdiction from September 12, 2012 at 9:00 a.m. to September 13, 2012 at 1:30 p.m. This proposed change will have no impact on any other deadlines in this action;

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

///
///
///
///
///
///
///
///
///

Dated: August 9, 2012

By: /s/ *Megan Whyman Olesek*
Megan Whyman Olesek (CSB No. 191218)
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, CA 94304-1216
Telephone: 650-384-4700
Facsimile: 650-384-4701
molesek@kenyon.com

John Flock (*pro hac vice application to be submitted*)
KENYON & KENYON LLP
One Broadway
New York, New York 10004-1007
Telephone: 212-425-7200
Facsimile: 212-425-5288
jflock@kenyon.com

Douglas E. Ringel *(pro hac vice application submitted)*
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005-1257
Telephone: 202-220-4200
Facsimile: 202-220-4201
dringel@kenyon.com

Attorneys for Defendants
Lenovo (Singapore) Pte. Ltd., Lenovo (Beijing) Ltd., and Shanghai Lenovo Electronic Co., Ltd.


By: /s/ *Bryan A. Kohm (with permission)*

CHARLENE M. MORROW (CSB No. 136411)
cmorrow@fenwick.com
HECTOR RIBERA (CSB No. 221511)
hribera@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650-988-8500
Facsimile: 650-938-5200

BRYAN A. KOHM (CSB No. 233276)
bkohm@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415-875-2300
Facsimile: 415-281-1350

Attorneys for Plaintiff
Rovi Solutions Corporation

1
2
**ATTESTATION PURSUANT TO GENERAL ORDER 45**

3
Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of

4
perjury that the concurrence in the filing of this document has been obtained from its signatories.

5
6
August  9 , 2012                                          By: /s/ *Megan Whyman Olesek*_____
7
                                                                      Megan Whyman Olesek

8
9
10
11
**ORDER**

12
**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

13
14
15
Dated:   8/10/12                                         _____
                                                                      The Honorable Richard Seeborg
16
                                                                      United States District Judge

17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION REGARDING RE-NOTICE OF CERTAIN
DEFENDANTS' MOTIONS TO DISMISS FOR LACK OF PERSONAL          - 3                    CASE NO. 12-CV-01398 RS
JURISDICTION (FED. R. CIV. P. 12(B)(2))