1   Megan Whyman Olesek (CSB No. 191218)
    KENYON & KENYON LLP
2   1801 Page Mill Road, Suite 210
    Palo Alto, CA 94304-1216
3   Telephone:  650-384-4700
    Facsimile:   650-384-4701
4   molesek@kenyon.com

5   John Flock (*pro hac vice application to be submitted*)
    KENYON & KENYON LLP
6   One Broadway
    New York, New York  10004-1007
7   Telephone:  212-425-7200
    Facsimile:   212-425-5288
8   jflock@kenyon.com

9   Douglas E. Ringel (*pro hac vice application submitted*)
    KENYON & KENYON LLP
10  1500 K Street, NW
    Washington, DC 20005-1257
11  Telephone:  202-220-4200
    Facsimile:   202-220-4201
12  dringel@kenyon.com

13  Attorneys for Defendants
    Lenovo (Singapore) Pte. Ltd., Lenovo (Beijing) Ltd.,
14  and Shanghai Lenovo Electronic Co., Ltd.

15                  **UNITED STATES DISTRICT COURT**

16                **NORTHERN DISTRICT OF CALIFORNIA**

17                   **SAN FRANCISCO DIVISION**

18
    ROVI SOLUTIONS CORPORATION, a
19  Delaware corporation,                              Civil Case No. 12-cv-01398 RS

20                           Plaintiff,
                    v.                                 **JOINT STIPULATION REGARDING**
21                                                     **RE-NOTICE OF CERTAIN**
                                                       **DEFENDANTS' MOTIONS TO DISMISS**
22  LENOVO (SINGAPORE) PTE. LTD., a                    **FOR LACK OF PERSONAL**
    Singapore corporation, LENOVO (BEIJING)            **JURISDICTION (FED. R. CIV. P.**
23  LTD., a Chinese corporation, SHANGHAI              **12(B)(2))**
    LENOVO ELECTRONIC CO., LTD., a
24  Chinese corporation, LENOVO (HUIYANG)              The Honorable Richard Seeborg
    ELECTRONIC INDUSTRIAL CO., LTD., a
25  Chinese corporation and LENOVO
    INFORMATION PRODUCTS (SHENZHEN)
26  CO., LTD., a Chinese corporation,

27                           Defendants.

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## STIPULATION

WHEREAS, defendants Lenovo (Singapore) Pte. Ltd., Lenovo (Beijing) Ltd., and Shanghai Lenovo Electronic Co., Ltd. ("Lenovo") filed their Motions to Dismiss for Lack of Personal Jurisdiction on July 25, 2012 (Dkt. Nos. 20, 21, and 22), noticing said motions for September 12, 2012, before the Honorable Nathanael Cousins;

WHEREAS, Lenovo filed Declinations to Proceed Before A Magistrate Judge and Requested Reassignment To A United States District Judge (Dkt. Nos. 24, 25, and 26);

WHEREAS, by Clerk's Notice, this matter was reassigned to the Honorable Richard Seeborg;

WHEREAS the parties are informed that Judge Seeborg is available to hear the Lenovo motions on September 13, 2012;

WHEREAS plaintiff Rovi Solutions Corporation ("Rovi") is available to appear on the proposed rescheduled hearing date of September 13, 2012;

Lenovo and Rovi hereby stipulate and agree to change the date and time of the notices of motions to dismiss for lack of personal jurisdiction from September 12, 2012 at 9:00 a.m. to September 13, 2012 at 1:30 p.m.  This proposed change will have no impact on any other deadlines in this action;

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

///

///

///

///

///

///

///

///

///

Dated: August  9, 2012

By: /s/ *Megan  Whyman  Olesek*

Megan Whyman Olesek (CSB No. 191218)
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, CA 94304-1216
Telephone:  650-384-4700
Facsimile:   650-384-4701
*molesek@kenyon.com*

John Flock (*pro hac vice application to be submitted*)
KENYON & KENYON LLP
One Broadway
New York, New York  10004-1007
Telephone:  212-425-7200
Facsimile:   212-425-5288
*jflock@kenyon.com*

Douglas E. Ringel (*pro hac vice application submitted*)
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005-1257
Telephone:  202-220-4200
Facsimile:   202-220-4201
*dringel@kenyon.com*

Attorneys for Defendants
Lenovo (Singapore) Pte. Ltd., Lenovo (Beijing) Ltd.,
and Shanghai Lenovo Electronic Co., Ltd.


By: /s/ *Bryan A. Kohm (with permission)*

CHARLENE M. MORROW (CSB No. 136411)
cmorrow@fenwick.com
HECTOR RIBERA (CSB No. 221511)
hribera@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650-988-8500
Facsimile: 650-938-5200

BRYAN A. KOHM (CSB No. 233276)
bkohm@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415-875-2300
Facsimile: 415-281-1350

Attorneys for Plaintiff
Rovi Solutions Corporation

1

2

## ATTESTATION PURSUANT TO GENERAL ORDER 45

3          Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of

4    perjury that the concurrence in the filing of this document has been obtained from its signatories.

5

6    August  9 , 2012                              By: /s/ *Megan Whyman Olesek*_____

7                                                        Megan Whyman Olesek

8

9

10

11                                          ## ORDER

12

13          **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

14

15   Dated:   8/10/12                         _____

16                                            The Honorable Richard Seeborg
                                              United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28