# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROVI SOLUTIONS CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>LENOVO (SINGAPORE) PTE. LTD., a Singapore corporation, LENOVO (BEIJING) LTD., a Chinese corporation, SHANGHAI LENOVO ELECTRONIC CO., LTD., a Chinese corporation, LENOVO (HUIYANG) ELECTRONIC INDUSTRIAL CO., LTD., a Chinese corporation, and LENOVO INFORMATION PRODUCTS (SHENZHEN) CO., LTD., a Chinese corporation,<br><br>Defendants. | Civil Case No. 12-cv-01398 NC<br><br>[~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE REPLY OF DEFENDANTS LENOVO (SINGAPORE) PTE. LTD., LENOVO (BEIJING) LTD., AND SHANGHAI LENOVO ELECTRONIC CO., LTD.** |

[~~PROPOSED~~] ORDER REGARDING
ADMINISTRATIVE MOTION
TO FILE UNDER SEAL

CASE NO. 12-CV-01398 NC

1  This Court, having considered the Administrative Motion to File Under Seal filed by
2  Defendants Lenovo (Singapore) Pte. Ltd., Lenovo (Beijing) Ltd., and Shanghai Lenovo
3  Electronic Co., Ltd. (collectively, the "Lenovo S/B/S Defendants"), wherein the Lenovo S/B/S
4  Defendants requested leave to file under seal portions of their Reply Memorandum in Support of
5  Their Motions to Dismiss for Lack of Personal Jurisdiction (Fed. R. Civ. P. 12(b)(2)) ("Reply")
6  and the Declaration of James Stevens in Support of the Motions to Dismiss for Lack of Personal
7  Jurisdiction (Fed. R. Civ. P. 12(b)(2)) ("Declaration of James Stevens"), and good cause
8  appearing, HEREBY ORDERS that the following portions of these documents that the Lenovo
9  S/B/S Defendants requested to file under seal are sealed:

10   1.  In the Reply, page 2, line 23; page 4, line 9-page 5, line 3 (including footnote 3);
11  page 5, lines 7-8; page 7, lines 16-18; page 10, line 2-page 11, line 11; and page 13, lines 8-9.
12   2.  In the Declaration of James Stevens, page 1, lines 17-22 and 25.
13  Within two days of this Order, the Lenovo S/B/S Defendants shall file the redacted
14  versions of these documents electronically pursuant to General Order 62.
15  **IT IS SO ORDERED.**

17  Dated:  9/19/12

18  THE HONORABLE RICHARD SEEBORG
United States District Court Judge

[PROPOSED] ORDER REGARDING
ADMINISTRATIVE MOTION                    - 1 -                    CASE NO. 12-CV-01398 NC
TO FILE UNDER SEAL