1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROVI SOLUTIONS CORPORATION, a Delaware corporation, | Civil Case No. 12-cv-01398 NC |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE REPLY OF DEFENDANTS LENOVO (SINGAPORE) PTE. LTD., LENOVO (BEIJING) LTD., AND SHANGHAI LENOVO ELECTRONIC CO., LTD.** |
| v. | |
| LENOVO (SINGAPORE) PTE. LTD., a Singapore corporation, LENOVO (BEIJING) LTD., a Chinese corporation, SHANGHAI LENOVO ELECTRONIC CO., LTD., a Chinese corporation, LENOVO (HUIYANG) ELECTRONIC INDUSTRIAL CO., LTD., a Chinese corporation, and LENOVO INFORMATION PRODUCTS (SHENZHEN) CO., LTD., a Chinese corporation, | |
| Defendants. | |

[~~PROPOSED~~] ORDER REGARDING
ADMINISTRATIVE MOTION
TO FILE UNDER SEAL

CASE NO. 12-CV-01398 NC

1    This Court, having considered the Administrative Motion to File Under Seal filed by
2 Defendants Lenovo (Singapore) Pte. Ltd., Lenovo (Beijing) Ltd., and Shanghai Lenovo
3 Electronic Co., Ltd. (collectively, the "Lenovo S/B/S Defendants"), wherein the Lenovo S/B/S
4 Defendants requested leave to file under seal portions of their Reply Memorandum in Support of
5 Their Motions to Dismiss for Lack of Personal Jurisdiction (Fed. R. Civ. P. 12(b)(2)) ("Reply")
6 and the Declaration of James Stevens in Support of the Motions to Dismiss for Lack of Personal
7 Jurisdiction (Fed. R. Civ. P. 12(b)(2)) ("Declaration of James Stevens"), and good cause
8 appearing, HEREBY ORDERS that the following portions of these documents that the Lenovo
9 S/B/S Defendants requested to file under seal are sealed:

10    1.    In the Reply, page 2, line 23; page 4, line 9-page 5, line 3 (including footnote 3);
11 page 5, lines 7-8; page 7, lines 16-18; page 10, line 2-page 11, line 11; and page 13, lines 8-9.

12    2.    In the Declaration of James Stevens, page 1, lines 17-22 and 25.

13    Within two days of this Order, the Lenovo S/B/S Defendants shall file the redacted
14 versions of these documents electronically pursuant to General Order 62.

15    **IT IS SO ORDERED.**

17    Dated: 9/19/12

18    THE HONORABLE RICHARD SEEBORG
United States District Court Judge

[PROPOSED] ORDER REGARDING
ADMINISTRATIVE MOTION           - 1 -           CASE NO. 12-CV-01398 NC
TO FILE UNDER SEAL