Megan Whyman Olesek (CSB No. 191218)
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, CA 94304-1216
Telephone:  650-384-4700
Facsimile:   650-384-4701
*molesek@kenyon.com*

John Flock (admitted *pro hac vice*)
KENYON & KENYON LLP
One Broadway
New York, New York  10004-1007
Telephone:  212-425-7200
Facsimile:   212-425-5288
*jflock@kenyon.com*

Douglas E. Ringel (admitted *pro hac vice*)
Yariv Waks (admitted *pro hac vice*)
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005-1257
Telephone:  202-220-4200
Facsimile:   202-220-4201
*dringel@kenyon.com*

Attorneys for Defendant Lenovo
(United States) Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROVI SOLUTIONS CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>LENOVO (SINGAPORE) PTE. LTD., LENOVO (BEIJING) LTD., SHANGHAI LENOVO ELECTRONIC CO., LTD., LENOVO (HUIYANG) ELECTRONIC INDUSTRIAL CO., LTD., and LENOVO INFORMATION PRODUCTS (SHENZHEN) CO., LTD.,<br><br>                    Defendants. | Civil Case No. 12-cv-01398 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFENDANT LENOVO (UNITED STATES) INC.'S DEADLINE TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |
| ROVI SOLUTIONS CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>LENOVO (UNITED STATES) INC.,<br><br>                    Defendant. | Civil Case No. 12-cv-04209 RS<br>(consolidated with 12-cv-01398-RS) |

STIPULATION AND PROPOSED ORDER
FOR EXTENSION TO RESPOND TO                                         CASE NO. 12-CV-04209 RS
AMENDED COMPLAINT

1     WHEREAS, defendant Lenovo (United States) Inc. ("Lenovo-U.S.") filed a motion in

2 C.A. No. 12-cv-04209 to dismiss plaintiff Rovi Solutions Corporation's ("Rovi's") claims of

3 indirect and willful infringement pursuant to Fed. R. Civ. P. 12(b)(6) on August 31, 2012 (D.I. 8);

4     WHEREAS, the Court granted Lenovo-U.S.'s motion to dismiss on November 15, 2012

5 (D.I. 34);

6     WHEREAS, Rovi filed an amended complaint on December 17, 2012 (D.I. 35);

7     WHEREAS, Lenovo-U.S.'s deadline to answer or otherwise respond to the amended

8 complaint is January 4, 2013;

9     And WHEREAS, in light of the holidays, Rovi has consented to extend Lenovo-U.S.'s

10 deadline to answer or otherwise respond to Rovi's amended complaint until January 14, 2013;

11     It is therefore stipulated between the parties that, subject to the approval of the Court, the

12 deadline for Lenovo-U.S. to answer or otherwise respond to Rovi's amended complaint (D.I. 35)

13 is January 14, 2013.

STIPULATION AND ~~PROPOS~~ED ORDER
FOR EXTENSION TO RESPOND TO     - 1 -     CASE NO. 12-CV-04209 RS
AMENDED COMPLAINT

| | |
|---|---|
| Respectfully submitted, | Dated:    December 31, 2012 |

By  /s/ *Joseph M. Paunovich*
Claude M Stern (CSB No. 96737)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
*claudestern@quinnemanuel.com*

Joseph M. Paunovich (CSB No. 228222)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
*joepaunovich@quinnemanuel.com*

Attorneys for Plaintiff Rovi Solutions Corp.

By:  /s/ *Megan Whyman Olesek*
Megan Whyman Olesek (CSB No. 191218)
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, CA 94304-1216
Telephone: 650-384-4700
Facsimile:   650-384-4701
*molesek@kenyon.com*

John Flock (admitted *pro hac vice*)
KENYON & KENYON LLP
One Broadway
New York, New York  10004-1007
Telephone: 212-425-7200
Facsimile:   212-425-5288
*jflock@kenyon.com*

Douglas E. Ringel (admitted *pro hac vice*)
Yariv Waks (admitted *pro hac vice*)
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005-1257
Telephone: 202-220-4200
Facsimile:   202-220-4201
*dringel@kenyon.com*

Attorneys for Defendant Lenovo (United States) Inc.

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

Pursuant to Civil L.R. 5-1(i) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DATED: December 31, 2012                KENYON & KENYON LLP


By:  /s/ *Megan Whyman Olesek*
     Megan W. Olesek
     Attorneys for Defendants Lenovo (United States) Inc.

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __1/3/_____, 2013          By: _____
                                            Hon. Richard Seeborg