1   Megan Whyman Olesek (CSB No. 191218)          Douglas E. Ringel (admitted *pro hac vice*)
    KENYON & KENYON LLP                            Yariv Waks (admitted *pro hac vice*)
2   1801 Page Mill Road, Suite 210                 KENYON & KENYON LLP
    Palo Alto, CA 94304-1216                       1500 K Street, NW
3   Telephone:  650-384-4700                       Washington, DC 20005-1257
    Facsimile:   650-384-4701                      Telephone:  202-220-4200
4   *molesek@kenyon.com*                           Facsimile:   202-220-4201
                                                   *dringel@kenyon.com*
5   John Flock (admitted *pro hac vice*)
    KENYON & KENYON LLP                            Attorneys for Defendant Lenovo
6   One Broadway                                   (United States) Inc.
    New York, New York  10004-1007
7   Telephone:  212-425-7200
    Facsimile:   212-425-5288
8   *jflock@kenyon.com*

9                        **UNITED STATES DISTRICT COURT**

10                      **NORTHERN DISTRICT OF CALIFORNIA**

11                        **SAN FRANCISCO DIVISION**

12

13  ROVI SOLUTIONS CORPORATION,
                                                   Civil Case No. 12-cv-01398 RS
14                     Plaintiff,
             v.                                    **STIPULATION AND [~~PROPOSED~~]**
15                                                 **ORDER TO CONTINUE DEFENDANT**
    LENOVO (SINGAPORE) PTE. LTD.,                  **LENOVO (UNITED STATES) INC.'S**
16  LENOVO (BEIJING) LTD., SHANGHAI                **DEADLINE TO RESPOND TO**
    LENOVO ELECTRONIC CO., LTD.,                   **PLAINTIFF'S AMENDED COMPLAINT**
17  LENOVO (HUIYANG) ELECTRONIC
    INDUSTRIAL CO., LTD., and LENOVO
18  INFORMATION PRODUCTS (SHENZHEN)
    CO., LTD.,
19
                       Defendants.
20

21

22  ROVI SOLUTIONS CORPORATION,
                                                   Civil Case No. 12-cv-04209 RS
23                     Plaintiff,                  (consolidated with 12-cv-01398-RS)

24           v.

25  LENOVO (UNITED STATES) INC.,

26                     Defendant.

27

28

STIPULATION AND ~~PROPOSED~~ ORDER
FOR EXTENSION TO RESPOND TO                                        CASE NO. 12-CV-04209 RS
AMENDED COMPLAINT

1    WHEREAS, defendant Lenovo (United States) Inc. ("Lenovo-U.S.") filed a motion in

2  C.A. No. 12-cv-04209 to dismiss plaintiff Rovi Solutions Corporation's ("Rovi's") claims of

3  indirect and willful infringement pursuant to Fed. R. Civ. P. 12(b)(6) on August 31, 2012 (D.I. 8);

4    WHEREAS, the Court granted Lenovo-U.S.'s motion to dismiss on November 15, 2012

5  (D.I. 34);

6    WHEREAS, Rovi filed an amended complaint on December 17, 2012 (D.I. 35);

7    WHEREAS, Lenovo-U.S.'s deadline to answer or otherwise respond to the amended

8  complaint is January 4, 2013;

9    And WHEREAS, in light of the holidays, Rovi has consented to extend Lenovo-U.S.'s

10  deadline to answer or otherwise respond to Rovi's amended complaint until January 14, 2013;

11    It is therefore stipulated between the parties that, subject to the approval of the Court, the

12  deadline for Lenovo-U.S. to answer or otherwise respond to Rovi's amended complaint (D.I. 35)

13  is January 14, 2013.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Respectfully submitted,                        Dated:      December 31, 2012

2

3   By  _/s/ *Joseph M. Paunovich*_____        By: _/s/ *Megan Whyman Olesek*_____
    Claude M Stern (CSB No. 96737)                Megan Whyman Olesek (CSB No. 191218)
4   QUINN EMANUEL URQUHART &                       KENYON & KENYON LLP
    SULLIVAN, LLP                                  1801 Page Mill Road, Suite 210
5   555 Twin Dolphin Drive, 5th Floor              Palo Alto, CA 94304-1216
    Redwood Shores, California 94065-2139          Telephone:  650-384-4700
6   Telephone: (650) 801-5000                      Facsimile:   650-384-4701
7   Facsimile: (650) 801-5100                      *molesek@kenyon.com*
    *claudestern@quinnemanuel.com*
8                                                  John Flock (admitted *pro hac vice*)
    Joseph M. Paunovich (CSB No. 228222)           KENYON & KENYON LLP
9   QUINN EMANUEL URQUHART &                       One Broadway
    SULLIVAN, LLP                                  New York, New York  10004-1007
10  865 South Figueroa Street, 10th Floor          Telephone:  212-425-7200
    Los Angeles, California 90017-2543             Facsimile:   212-425-5288
11  Telephone: (213) 443-3000                      *jflock@kenyon.com*
12  Facsimile: (213) 443-3100
    *joepaunovich@quinnemanuel.com*                Douglas E. Ringel (admitted *pro hac vice*)
13                                                 Yariv Waks (admitted *pro hac vice*)
    Attorneys for Plaintiff Rovi Solutions        KENYON & KENYON LLP
14  Corp.                                          1500 K Street, NW
                                                   Washington, DC 20005-1257
15                                                 Telephone:  202-220-4200
                                                   Facsimile:   202-220-4201
16                                                 *dringel@kenyon.com*

17                                                 Attorneys for Defendant Lenovo (United
                                                   States) Inc.
18

19

20

21

22

23

24

25

26

27

28

1

## ATTESTATION PURSUANT TO CIVIL L.R. 5-1

2       Pursuant to Civil L.R. 5-1(i) regarding signatures, I attest under penalty of perjury that the

3  concurrence in the filing of this document has been obtained from its signatories.

4

5  DATED: December 31, 2012        KENYON & KENYON LLP

6

7                             By:   _/s/ *Megan Whyman Olesek*_____

8                                  Megan W. Olesek
                                  Attorneys for Defendants Lenovo (United

9                                  States) Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __1/3/_____, 2013          By: _____

Hon. Richard Seeborg