| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Claude M. Stern (Bar No. 96737)<br>  claudestern@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California  94065-2139<br>Telephone:   (650) 801-5000<br>Facsimile:   (650) 801-5100<br><br>  Joseph M. Paunovich (Bar No. 228222)<br>  joepaunovich@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017-2543<br>Telephone:   (213) 443-3000<br>Facsimile:   (213) 443-3100<br><br>Attorneys for Plaintiff<br>ROVI SOLUTIONS CORPORATION | Megan Whyman Olesek (CSB No. 191218)<br>KENYON & KENYON LLP<br>1801 Page Mill Road, Suite 210<br>Palo Alto, CA 94304-1216<br>Telephone: 650-384-4700<br>Facsimile: 650-384-4701<br>molesek@kenyon.com<br><br>John Flock (admitted *pro hac vice*)<br>KENYON & KENYON LLP<br>One Broadway<br>New York, New York 10004-1007<br>Telephone: 212-425-7200<br>Facsimile: 212-425-5288<br>jflock@kenyon.com<br><br>Douglas E. Ringel (admitted *pro hac vice*)<br>KENYON & KENYON LLP<br>1500 K Street, NW<br>Washington, DC 20005-1257<br>Telephone: 202-220-4200<br>Facsimile: 202-220-4201<br>dringel@kenyon.com<br><br>Attorneys for Defendants<br>LENOVO (SINGAPORE) PTE. LTD.,<br>LENOVO (BEIJING) LTD., SHANGHAI<br>LENOVO ELECTRONIC CO., LTD., and<br>LENOVO (UNITED STATES) INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROVI SOLUTIONS CORPORATION,<br>        Plaintiff,<br><br>   vs.<br><br>LENOVO (SINGAPORE) PTE. LTD., LENOVO (BEIJING) LTD., SHANGHAI LENOVO ELECTRONIC CO., LTD., LENOVO (HUIYANG) ELECTRONIC INDUSTRIAL CO., LTD., and LENOVO INFORMATION PRODUCTS (SHENZHEN) CO., LTD.,<br>        Defendants. | CASE NO. 12-cv-01398-RS<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME FOR EXCHANGE OF PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE UNDER PATENT L.R. 4-2** |

|   |   |
|---|---|
| ROVI SOLUTIONS CORPORATION,<br>            Plaintiff,<br><br>    vs.<br><br>LENOVO (UNITED STATES) INC.,<br>            Defendant. | CASE NO. 12-cv-04209-RS<br>(consolidated with 12-cv-01398-RS) |

Before the Court is the parties' Stipulation to Extend Time for Exchange of Preliminary Claim Constructions and Extrinsic Evidence Under Patent L.R. 4-2. The current deadline for such exchange under Patent L.R. 4-2 is March 21, 2013. Good cause appearing, the time for both parties to exchange such information is extended until March 29, 2013.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated this  20th  day of  March            , 2013

                              By: _____
                                          U.S. District Court Judge

-2-                                                                      Case No. 12-cv-01398-RS
[~~PROPOSED~~] ORDER GRANTING REQUEST TO EXTEND TIME